UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AEC Engineering, Inc.,
a Minnesota corporation,

Civ. File No. 01-1119 (PAM/JGL)

Plaintiff,

v.

**STIPULATION AND ORDER**

Jerry Slobodnik,

Defendant.

---

This matter is before the Court on Plaintiff AEC Engineering's Motions for Temporary Restraining Order and for Expedited Discovery. Thomas J. Conley and David M. Jaffe appeared on behalf of Plaintiff AEC Engineering. V. John Ella appeared on behalf of Defendant Jerry Slobodnik. David Arnold appeared on behalf of Westwood Professional Services, Inc., a third party. Based on the agreement of counsel, and based on the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Without admitting or conceding that they are proprietary to AEC Engineering, Jerry Slobodnik agrees not to and is enjoined from using or disclosing the computer files he took from AEC Engineering, and verifies under oath that he has not taken any other information or property from AEC Engineering.

FILED JUN 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

2. Jerry Slobodnik shall immediately surrender to AEC Engineering all documents in his possession or control, regardless of form, which belong to AEC Engineering.

3. AEC is granted leave to conduct limited discovery under Fed. R. Civ. P. 34 as set forth in this Order.

4. Slobodnik shall, within 24 hours, identify in writing to plaintiff's counsel each and every computer he or anyone acting in concert with him has used since April 1, 2001 to access the America Online account with the address "JKME100@aol.com" or which contains documents belonging to or copied from AEC.

5. Within seven days from the date of this Order, Slobodnik shall permit access, inspection and nondestructive copying of the complete contents of each such computer under his control by a qualified forensic specialist designated by AEC.

6. The forensic specialist shall delete from each such computer any and all copies of specifically identified AEC Engineering documents that he or she might find there, while preserving a copy of all deleted documents.

7. Neither Slobodnik nor anyone acting in concert with him shall alter or delete from any computer any documents related to AEC Engineering or

containing information related to Slobodnik's work for AEC.

8. Westwood agrees and it is hereby ordered that within seven days from the date of this Order that Westwood shall permit access, inspection, and nondestructive copying of the complete contents of each computer (not including Westwood's server) used by Jerry Slobodnik since May 1, 2001.

9. Westwood agrees and it is hereby ordered that plaintiff's designated computer forensics specialist shall delete from each such computer any and all copies of specifically identified AEC Engineering documents that he or she might find there, while preserving a copy of all deleted documents.

10. Neither Westwood nor anyone acting in concert with it shall alter or delete from any computer any documents related to AEC Engineering or containing information related to Slobodnik's work for AEC.

11. Westwood shall not use or disclose any AEC information which was provided to it by Jerry Slobodnik, and will take all reasonable precautions to ensure that any such information residing on its server or other computers will not be accessed, used, altered or deleted except as set forth in this Order.

12. Westwood will cooperate with plaintiff and its designated computer forensic specialist in providing details about its server, network and other computer configurations.

Dated: June 28, 2001

Leonard, Street and Deinard, P.A.

By______________________________

Thomas J. Conley
Atty. I.D. #201625
150 S. Fifth Street, Suite 2300
Minneapolis, MN 55402
Phone: 612-335-1634

*Attorneys for Plaintiff*

Dated: June 28, 2001

Mansfield, Tanick & Cohen, P.A.

By______________________________

Aaron F. Biber (189376)
V. John Ella (249282)
1560 International Centre
900 Second Ave. S.
Minneapolis, MN 55402

*Attorneys for Defendant*

Dated: June 28, 2001

______________________________

David B. Arnold (3165)
5841 Cedar Lake Road, Suite 109
Minneapolis, MN 55416
Phone: 952-417-0990

*Attorney for Third-Party Westwood Professional Services*

Dated: June 28, 2001

______________________________

Paul A. Magnuson
United States District Court Judge