**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

AEC Engineering,

Plaintiff, Civil 01-1119 PAM/JGL

v. **ORDER OF DISMISSAL**

Jerry Slobodnik,

Defendant.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: December 14 , 2001

**PAUL A. MAGNUSON, JUDGE**
**United States District Court**

DEC 17 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK