UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| AEC Engineering, Inc., a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Jerry Slobodnik,<br><br>Defendant, | ) | Court File No.: 01-1119 (PAM/JGL)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION**

It is hereby stipulated by the parties and Westwood Professional Services, Inc. that Plaintiff's Complaint in this action may and hereby is dismissed in its entirety with prejudice and on the merits, without costs or attorneys' fees to any party, and that a judgment dismissing the Complaint in this matter may be entered without further notice. It is further stipulated that this Court may reserve jurisdiction to enforce the terms of the Stipulated Permanent Injunction and the Settlement Agreement among the parties to this action and Westwood Professional Services, Inc.

DATED: February 28, 2002

David M Jaffe

Thomas J. Conley, Esq. (#201625)
David M. Jaffe, Esq. (#0281700)
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street
Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500

ATTORNEYS FOR PLAINTIFF
AEC ENGINEERING, INC.

2161866v1

FILED MAR 0 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: February 14, 2002

Aaron F. Biber (#189376)
V. John Ella (#249282)
MANSFIELD, TANICK & COHEN
1560 International Centre
900 Second Avenue S.
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANT
JERRY SLOBODNIK

DATED: February 23, 2002

David B. Arnold (#3165)
5841 Cedar Lake Road, Suite 109
Minneapolis, MN 55416

ATTORNEY FOR THIRD PARTY WESTWOOD
PROFESSIONAL SERVICES

**ORDER**

Pursuant to the foregoing stipulation, **IT IS HEREBY ORDERED THAT:**

1. This action is hereby dismissed in its entirely with prejudice and without the award of costs to either party;

2. This Court will retain jurisdiction over this action for the limited purpose of enforcing the Stipulated Permanent Injunction and the Settlement Agreement among the parties to this action and Westwood Professional Services, Inc.

DATED: March 4, 2002

Honorable Paul A. Magnuson
United States District Court Judge