UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AEC Engineering, Inc., a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Jerry Slobodnik,<br><br>Defendant, | Court File No.: 01-1119 (PAM/JGL)<br><br>**STIPULATED PERMANENT INJUNCTION** |

This matter is before the Court on the Stipulated Permanent Injunction executed on behalf of AEC Engineering, Inc. ("AEC"), Jerry Slobodnik ("Slobodnik"), and Westwood Professional Services, Inc. ("Westwood"). Based on the agreement of counsel, and based on the file, record, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Without admitting or conceding that they are proprietary to AEC, Slobodnik agrees to delete from his home computer any computer files taken from AEC and agrees not to and is enjoined from using or disclosing any of the computer files he took from AEC.

2. Without admitting or conceding that they are proprietary to AEC, Westwood agrees not to and is enjoined from using or disclosing any of the computer files Slobodnik took from AEC and forwarded to Westwood.

3. Westwood agrees that it will search its server and all of its computers for the computer files Slobodnik took from AEC and delete any documents found. Attached to this Stipulated Permanent Injunction as Exhibit A is a declaration to be signed by a Westwood

MAR 0 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2161888v1

technical services representative averring that he or she conducted the required searches and deleted any documents found.

4. Neither Slobodnik nor Westwood shall use or disclose any AEC information which Slobodnik took from AEC or which either has reason to believe is confidential and proprietary to AEC.

5. This injunction does not preclude Slobodnik or Westwood from obtaining, using, or possessing documents which were or are received from Sprint or another third party; however, if the documents mention AEC or bear an AEC label, Slobodnik or Westwood will ask for confirmation from a manager at Sprint or the third party providing the document that the third party has either permission or the right to share the document with Slobodnik or Westwood. If the third party informs Slobodnik or Westwood that the third party has neither permission or the right to share the document, or Slobodnik or Westwood in good faith believes that the third party has neither permission or the right to share the document, Slobodnik or Westwood will return the document to the third party and destroy any copies that have been made.

6. AEC's counsel shall certify to Westwood and its counsel that counsel to AEC has not, nor will, disclose at any time, in any form, to AEC, its employees, officers, directors, or agents, information derived by it or from the OnTrack analysis of Westwood's and Slobodnik's computers (other than the fact that particular documents may have been e-mailed by Slobodnik from AEC to his home computer), and further that all such information, including any form of copies or all or any part thereof, has been returned to Westwood or destroyed.

DATED: February 28, 2002

Thomas J. Conley, Esq. (#201625)
David M. Jaffe, Esq. (#0281700)
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street
Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500

ATTORNEYS FOR PLAINTIFF
AEC ENGINEERING, INC.

DATED: February 19, 2002

Aaron F. Biber (#189376)
V. John Ella (#249282)
MANSFIELD, TANICK & COHEN
1560 International Centre
900 Second Avenue S.
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANT
JERRY SLOBODNIK

DATED: February 23, 2002

David B. Arnold (#3165)
5841 Cedar Lake Road, Suite 109
Minneapolis, MN 55416

ATTORNEY FOR THIRD PARTY WESTWOOD
PROFESSIONAL SERVICES, INC.

DATED: March 4, 2002

Honorable Paul A. Magnuson
United States District Court Judge

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| AEC Engineering, Inc., a Minnesota corporation, Plaintiff, vs. Jerry Slobodnik, Defendant, | ) | Court File No.: 01-1119 (PAM/JGL) |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Daniel M. Werkema, being first duly sworn, on oath deposes and states:

1. I am an Manager Information Systems with Westwood Professional Service, Inc. ("Westwood") and have first hand knowledge of the facts of this case.

2. On Feb. 20, 2002, I searched the Westwood server and all of Westwood's computers for the computer files Jerry Slobodnik took from AEC Engineering, Inc. and deleted any documents found.

3. None of the documents Jerry Slobodnik e-mailed to Westwood from his America Online account reside on the Westwood server or any other Westwood computer.

FURTHER AFFIANT SAYETH NOT.

________________________________

________________________________

SWORN TO BEFORE ME this
21st day of February, 2002

NOTARY PUBLIC

JAMIE M. SCHWANTZ
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2005